IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANGIE RENEE HORNE, | : | 1:17CR288-2 |
| Petitioner, | : | 1:19CV196 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | MOTION FOR EXTENSION |
| Respondent. | : | OF TIME |

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and respectfully requests a sixty (60) day extension of time within which to respond to petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and in support thereof, states to the Court the following:

1. The government's response is now due June 21, 2019.

2. In his motion, petitioner attacks the effectiveness of his counsel's representation.

3. In view of the allegations, the government has requested a sworn affidavit from his counsel, Corey Buggs. This document has not been received by the United States Attorney as of this date.

WHEREFORE, the United States respectfully requests a sixty (60) day extension of time, until August 20, 2019, within which to receive the requested material and file its response.

This the 20th day of June, 2019.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

/S/ ANAND P. RAMASWAMY
Assistant United States Attorney
NCSB #24991
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Flr.
Greensboro, NC 27401
Phone: 336/333-5351

2

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document was mailed to the following non-CM/ECF participants:

Angie Renee Horne
No. 33462-057
FCI Hazleton
Federal Correctional Institutions
PO Box 5000
Bruceton Mills, WV 26525

/S/ ANAND P. RAMASWAMY
Assistant United States Attorney
NCSB #24991
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Flr.
Greensboro, NC  27401
Phone:  336/333-5351

3