IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANGIE RENEE HORNE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:19CV196 |
| v. | ) | 1:17CR288-2 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Petitioner's motion, (Doc. 63), to vacate, set aside, or correct sentence is **GRANTED IN PART AND DENIED IN PART.** To the extent that Petitioner seeks the reinstatement of her appellate rights, Petitioner's motion, (Doc. 63), is **GRANTED** as to sub-ground four of Ground Two, and that the Judgment of the court entered on March 6, 2018, (Doc. 47), is **VACATED.** A new judgment will be **RE-ENTERED** to allow Petitioner an opportunity to consult with counsel and to file an appeal, if she wishes to do so. The existing appointment of counsel is extended to cover consultation and any appeal.

**IT IS FURTHER ORDERED AND ADJUDGED** that Ground One and sub-grounds one through three of Ground Two of Petitioner's motion, (Doc. 63), are **DENIED.**

This the 3rd day of November, 2020.

William L. Osteen, Jr.
United States District Judge