FILED FEB 27 2024

February 20, 2024

Honorable Judge Osteen, 1:17cr288-2

My name is Angie Horne. I am currently incarcerated at FPC Alderson in West Virginia.

I wanted to write you in response to the letter I received from the United States Probation Sentencing Guideline Specialist.

I am requesting if you could please consider giving me a 135 months in the new guideline range, even if I'm given extra probation or home confinement to satisfy the difference. I'm not sure where the sentencing specialist got the information from, but, I noticed two of my most important programs were not listed on my sheet she printed. The two programs not listed were:

1.) Non-Residential RDAP - FPC Alderson, West Virginia
The program taught me that I can live a sober life and be a productive citizen.

2.) Life Connections Program - Carswell, Texas
(A 500 hour / 18 mos residential program that taught me how to change my way of thinking and to strengthen my faith.

The letter from the Sentencing Specialist stated that if I was sentence at the same spot in the "New Guideline Range" as I was in the old range, I would be eligible for release on June 12, 2028. I'm asking the court to go just nine months lower at 135 months to give me a second chance to take care of my family.

I'm willing to do extra probation or home confinement for the second chance. I have employment secured to start immediately. I am confident I will do good and be a productive citizen of society.

I'm including a print out from the Unit Team with all my classes and programs completed.

page 2. Continue
Angie Horne - 33462-057

I also want you to Know the incident report I received was for being in the bathroom at the 5:00 am count which would not have happened at this facility.

Your Honor, my reason for writing this letter, I'm requesting for a second chance and if you would reconsider my sentencing guidelines.

I've lost alot of years with my family. The two most important programs I've taken has taught me a new path for my life. I'm going to do whatever it takes to make a positive difference. FAMILY FIRST. Help the troubled in the community.

Thank you in advance for reading my letter.

Regards,
Angie R. Horne

Enclosed: Inmate History / Angie R. Horne 33462-057

## Individualized Needs Plan - Program Review (File copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: HORNE, ANGIE RENEE 33462-057

SEQUENCE: 02100328

Team Date: 05-25-2022



Facility: CRW CARSWELL FMC
Name: HORNE, ANGIE RENEE
Register No.: 33462-057
Age: [redacted]
Date of Birth: [redacted]
Proj. Rel. Date: 11-12-2029
Proj. Rel. Method: GOOD

DNA Status: HAF01584 / 04-06-2018
CIMS Status: NO
CIMS Reconciled: N/A

### Contact Information

Emergency contact #1
Angie Renee Home , MOTHER
607 Salisbury Ave , Albemarle, NC 28001 US
Phone (Mobile) : 704-787-3740
Phone (Home) : 704 982-3014

**Inmate is subject to 18 U.S.C. 4042(B) Notification:** Yes

CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:** N/A

### Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 21:843(A)(3) AND 18:2 OBTAINING A CONTROLLED SUBSTANCE BY FRAUD. | 18 MONTHS |
| 21:846 AND 841(B)(1)(C) CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE.21:841(A)(1) AND (B)(1)(C) DISTRIBUTE METHAMPHETAMINE. | 160 MONTHS |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 04-26-2018 |
| CRW LCP 36 | CARSWELL LCP TEAM 36 | 03-03-2021 |
| CV-HC DENY | COVID HOME CONFINEMENT DENIAL | 04-24-2020 |
| DEPEND Y | DEPENDENTS UNDER 21 - YES | 04-26-2018 |
| LCP COMP | LIFE CONNECT PROG COMPLETED | 05-25-2022 |
| PHOTO ID N | PHOTO ID - NO | 04-26-2018 |
| RPP NEEDS | RELEASE PREP PGM NEEDS | 04-24-2018 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 04-26-2018 |
| THR COMP | THRESHOLD COMPLETED | 10-10-2021 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 04-26-2018 |
| VETERAN N | VETERAN - NO | 04-26-2018 |
| V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 04-24-2018 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 03-07-2018 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | COMP E/W | COMPOUND EW ORDERLY | 04-12-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | ESL HAS | ENGLISH PROFICIENT | 06-07-2018 |
| CRW | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-18-2018 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW | | BEGINNING CROCHET/ HOSPITAL | 05-09-2022 | CURRENT |
| CRW | | SUICIDE WATCH COMPANION TEAM | 01-01-2021 | CURRENT |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW LCP | C | CHAIR AEROBICS | 10-17-2021 | 11-14-2021 |
| CRW LOW | C | SUICIDE WATCH COMPANION TEAM | 03-30-2020 | 01-01-2021 |
| CRW LOW | C | ACE MAIN: EX-OFFENDER JOB HUNT | 11-21-2019 | 01-15-2020 |
| HAF F | C | ACE: BASIC SPANISH 1 | 07-02-2019 | 08-14-2019 |
| HAF F | C | SFF JOB FAIR INFORMATION | 08-22-2019 | 08-22-2019 |
| HAF F | W | MS OFFICE 7:30-10:30 AM SFF | 05-01-2019 | 07-12-2019 |
| HAF F | C | ACE: WORLD RELIGIONS | 04-23-2019 | 05-30-2019 |
| HAF F | C | SFF CRIMINAL THINK:WED 9-1030A | 05-03-2019 | 06-28-2019 |
| HAF F | C | SFF BEGINNER MUSIC THEORY 8HRS | 08-17-2018 | 10-12-2018 |
| HAF F | C | ACE: ELECTRONIC LAW LIBRARY | 01-07-2019 | 03-20-2019 |
| HAF F | C | SFF QUILTING BASICS | 09-12-2018 | 12-06-2018 |
| HAF F | C | INTRO TO TOLE PAINTING 6 HRS | 08-22-2018 | 10-03-2018 |
| HAF F | C | WOMEN'S RELATIONSHIPS | 10-09-2018 | 11-07-2018 |
| HAF F | C | ASSERT YOURSELF | 07-17-2018 | 09-04-2018 |
| HAF F | C | ACE: AMAZING LADIES | 06-18-2018 | 08-01-2018 |
| HAF F | C | ACE:ENGL./WRITING WRKSHOP 6HRS | 07-17-2018 | 07-27-2018 |
| HAF F | C | ACE: TUTOR TRAINING | 06-19-2018 | 06-21-2018 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| CRW LCP | A-DES | OTHER AUTH ABSENCE RETURN | 04-12-2022 | CURRENT |
| CRW LCP | A-DES | TRANSFER RECEIVED | 12-03-2020 | 04-12-2022 |
| CRW LOW | A-DES | TRANSFER RECEIVED | 10-08-2019 | 08-18-2020 |
| HAF F | A-DES | US DISTRICT COURT COMMITMENT | 04-03-2018 | 10-03-2019 |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-09-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-11-2021 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 09-23-2021 |
| LOWER BUNK | LOWER BUNK REQUIRED | 04-25-2022 |
| NO F/S | NO FOOD SERVICE WORK | 09-23-2021 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 09-23-2021 |
| SOFT SHOES | SOFT SHOES ONLY | 09-23-2021 |
| STAND RSTR | NO PROLONGED STANDING | 09-23-2021 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 04-25-2022 |

## Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| RP1 TEST | RESOLVE PHASE ONE SCREENING | 03-14-2019 |
| RSW COMP | RESOLVE WORKSHOP COMPLETED | 03-14-2019 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 12-16-2020 |
| ED COMP | DRUG EDUCATION COMPLETE | 11-29-2018 |
| NR WAIT | NRES DRUG TMT WAITING | 10-20-2020 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

REG NO..: 33462-057 NAME....: HORNE, ANGIE RENEE
CATEGORY: WSP FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ALD | C WCX W | WMN CAREER WAIT | 06-08-2023 1515 | CURRENT |
| ALD | GR AGE W | GR AGING WELL WAIT | 05-27-2022 0755 | CURRENT |
| ALD | GR BCSC | GR BASC COG SKLLS COMP | 04-04-2019 1344 | CURRENT |
| ALD | GR FMPW W | GR FAM PGM WOMEN WAIT | 06-08-2023 1515 | CURRENT |
| ALD | GR FOND C | GR FOUNDATION COMP | 07-24-2019 1507 | CURRENT |
| ALD | GR HME C | GR HLTHIER ME COMP | 06-27-2019 1106 | CURRENT |
| ALD | GR MAD W | GR MTHERS OF ADOLS WAIT WAIT | 07-24-2019 1520 | CURRENT |
| ALD | GR UYFS C | GR UNDRSTNDNG FLNGS COMP | 06-28-2019 1500 | CURRENT |
| ALD | GR BFIN C | WMN BASIC FIN COMP | 02-13-2024 1120 | 02-13-2024 1120 |
| ALD | GR BFIN P | WMN BASIC FIN PART | 01-03-2024 0834 | 02-13-2024 1120 |
| ALD | GR BFIN W | WMN BASIC FIN WAIT | 08-04-2022 1327 | 01-03-2024 0834 |
| ALD | PAR NATLC | NATIONAL PARENTING PGM CMPLT | 10-12-2023 1106 | 10-12-2023 1106 |
| ALD | PAR TPONC | PARENT OR NOT TO PARENT CMPL | 07-18-2023 1522 | 07-18-2023 1522 |
| ALD | PAR TPONP | PARENT OR NOT TO PARENT PART | 06-29-2023 1034 | 07-18-2023 1522 |
| ALD | PAR TPONW | PARENT OR NOT TO PARENT WAIT | 06-20-2023 1539 | 06-29-2023 1034 |
| ALD | PAR TPONP | PARENT OR NOT TO PARENT PART | 06-14-2023 1533 | 06-20-2023 1539 |
| ALD | PAR TPONW | PARENT OR NOT TO PARENT WAIT | 03-21-2023 1510 | 06-14-2023 1533 |
| ALD | PAR NATLC | NATIONAL PARENTING PGM CMPLT | 04-13-2023 1016 | 04-13-2023 1016 |
| ALD | PAR MOAC | MOTHERS OF ADOLESCENTS CMPL | 12-02-2022 0856 | 12-02-2022 0856 |
| ALD | PAR MOAP | MOTHERS OF ADOLESCENTS PART | 09-23-2022 1420 | 12-02-2022 0856 |
| ALD | PAR MOAW | MOTHERS OF ADOLESCENTS WAIT | 08-22-2022 1604 | 09-23-2022 1420 |
| ALD | GR WIWP C | GR WOMN IN WRKPLCE COMP | 09-16-2022 1459 | 09-16-2022 1459 |
| ALD | GR WIWP P | GR WOMN IN WRKPLCE PART | 07-28-2022 0901 | 09-16-2022 1459 |
| ALD | PAR ONEC | PHASE ONE COMPLETE | 08-12-2022 1051 | 08-12-2022 1051 |
| ALD | PAR ONEP | PHASE ONE PART | 07-15-2022 1146 | 08-12-2022 1051 |
| ALD | GR WIWP W | GR WOMN IN WRKPLCE WAIT | 07-19-2022 1526 | 07-28-2022 0901 |
| ALD | GR COS C | GR CRCLE OF STRNGTH COMP | 07-19-2022 1507 | 07-19-2022 1507 |
| ALD | GR COS P | GR CRCLE OF STRNGTH PART | 07-15-2022 1412 | 07-19-2022 1507 |
| ALD | PAR ONEW | PHASE ONE WAIT | 07-15-2022 1131 | 07-15-2022 1146 |
| CRW | GR AYS C | GR ASSERT YRSELF COMP | 06-14-2022 1721 | 06-14-2022 1721 |
| CRW | GR AYS P | GR ASSERT YRSELF PART | 05-13-2022 1007 | 06-14-2022 1721 |
| CRW | GR AYS W | GR ASSERT YRSELF WAIT | 03-16-2021 0931 | 05-13-2022 1007 |
| CRW | GR SQO C | GR SQUARE ONE COMP | 12-12-2021 0001 | 04-20-2022 2345 |
| CRW | GR SQO P | GR SQUARE ONE PART | 08-01-2021 0001 | 12-12-2021 0001 |
| CRW | GR SQO W | GR SQUARE ONE WAIT | 08-01-2021 0001 | 08-01-2021 0001 |
| HAF | GR FOND P | GR FOUNDATION PART | 04-03-2019 0912 | 07-24-2019 1507 |
| HAF | GR UYFS P | GR UNDRSTNDNG FLNGS PART | 05-03-2019 1408 | 06-28-2019 1500 |
| HAF | GR HME P | GR HLTHIER ME PART | 06-24-2019 1400 | 06-27-2019 1106 |
| HAF | GR BCSW | GR BASC COG SKLLS WAIT | 05-02-2019 1302 | 05-02-2019 1344 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

REG NO..: 33462-057 NAME....: HORNE, ANGIE RENEE
CATEGORY: PTO FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ALD | ANG M WAIT | ANGER MANAGEMENT CBT WAIT | 08-01-2022 0858 | CURRENT |
| ALD | BRN HLTH W | BRAIN HEALTH AS YOU AGE WAIT | 08-03-2022 1124 | CURRENT |
| ALD | CR TH WAIT | CRIMINAL THINKING WAIT | 08-01-2022 0858 | CURRENT |
| ALD | EM SR WAIT | EMOTIONAL SELF-REG CBT WAIT | 08-01-2022 0858 | CURRENT |
| ALD | FBCONM C | FBCONM COMP | 01-31-2024 1357 | 01-31-2024 1357 |
| ALD | FBCONM P | FBCONM PART | 10-29-2023 1618 | 01-31-2024 1357 |
| ALD | FBCONM W | FBCONM WAIT | 07-18-2023 0952 | 10-29-2023 1618 |
| ALD | MON SM G C | MONEY SMART GENERAL POP COMP | 02-23-2023 0843 | 02-23-2023 0843 |
| ALD | ARTH FND C | ARTHRITIS FOUNDATION WALK COMP | 12-12-2022 1800 | 12-13-2022 1410 |
| ALD | ARTH FND P | ARTHRITIS FOUNDATION WALK PART | 11-07-2022 1800 | 12-12-2022 1800 |
| ALD | HTH WELL C | HEALTH & WELLNESS LIFESPN COMP | 11-24-2022 1916 | 11-24-2022 1916 |
| ALD | HTH WELL P | HEALTH & WELLNESS LIFESPN PART | 11-10-2022 1923 | 11-24-2022 1916 |
| ALD | HTH WELL W | HEALTH & WELLNESS LIFESPN WAIT | 10-27-2022 1515 | 11-10-2022 1923 |
| ALD | ARTH FND W | ARTHRITIS FOUNDATION WALK WAIT | 08-29-2022 1546 | 11-07-2022 1800 |
| CRW | AARP FND C | AARP FOUNDATION FINANCE COMP | 07-30-2021 0915 | 02-14-2022 0947 |
| CRW | TALK DOC C | TALKING WITH YOUR DOCTOR COMP | 12-14-2021 1925 | 12-14-2021 1925 |
| CRW | TALK DOC P | TALKING WITH YOUR DOCTOR PART | 12-14-2021 1923 | 12-14-2021 1925 |
| CRW | TALK DOC W | TALKING WITH YOUR DOCTOR WAIT | 03-08-2021 1910 | 12-14-2021 1923 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

ALDD6 * INMATE EDUCATION DATA * 02-16-2024
PAGE 001 OF 001 * TRANSCRIPT * 09:51:15

REGISTER NO: 33462-057 NAME..: HORNE FUNC: PRT
FORMAT......: TRANSCRIPT RSP OF: ALD-ALDERSON FPC

--------------------------- EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ALD | ESL HAS | ENGLISH PROFICIENT | 06-07-2018 0930 | CURRENT |
| ALD | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-18-2018 1438 | CURRENT |

----------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| CRW LOW | SUICIDE WATCH COMPANION TEAM | 01-01-2021 | CURRENT | | | | |
| ALD | AFTY ORIENT/AWARENESS/HOUSEKPG | 01-16-2024 | 01-18-2024 | P | C | P | 6 |
| ALD | CONFLICT RESOLUTION UNIT BASED | 01-16-2024 | 01-18-2024 | P | C | P | 6 |
| ALD | DRAWING RECREATION | 11-16-2023 | 12-21-2023 | P | C | P | 5 |
| ALD | ADVANCED BEADING RECREATION | 12-05-2023 | 01-23-2024 | P | C | P | 3 |
| ALD | COLORING RECREATION | 11-15-2023 | 12-13-2023 | P | C | P | 3 |
| ALD | KNITTING - RECREATION | 09-16-2023 | 11-11-2023 | P | C | P | 6 |
| ALD | HEALTH FAIR RECREATION | 09-28-2023 | 09-28-2023 | P | C | P | 2 |
| ALD | CLAY SCULPTING - RECREATION | 09-16-2023 | 10-21-2023 | P | C | P | 4 |
| ALD | GUITAR CLASS RECREATION BLDG | 07-09-2023 | 09-15-2023 | P | C | P | 6 |
| ALD | V-BUILDING TRADES MASONRY | 01-30-2023 | 07-18-2023 | P | C | M | 213 |
| ALD | RPP4USPO USPO WORKSHOP | 06-06-2023 | 06-06-2023 | P | C | P | 2 |
| ALD | LEATHER RECREATION BUILDING | 04-07-2023 | 05-12-2023 | P | C | P | 8 |
| ALD | RESUMEWRITING 8:30-10:30T,W,TH | 01-17-2023 | 02-02-2023 | P | C | P | 12 |
| ALD | BEADING RECREATION BUILDING | 12-26-2022 | 01-23-2023 | P | C | P | 3 |
| ALD | GROWTH MINDSET | 12-14-2022 | 12-28-2022 | P | C | P | 5 |
| ALD | NUTRITION CLASS - RECREATION | 12-27-2022 | 01-03-2023 | P | C | P | 3 |
| ALD | PUBLIC SPEAKING | 11-21-2022 | 12-12-2022 | P | C | P | 8 |
| ALD | RPP5TYPREL TYPES OF RELEASE | 07-21-2022 | 07-21-2022 | P | C | P | 1 |
| CRW LOW | BEGINNING CROCHET/ HOSPITAL | 05-09-2022 | 06-27-2022 | P | C | P | 4 |
| CRW LCP | CHAIR AEROBICS | 10-17-2021 | 11-14-2021 | P | C | P | 1 |
| CRW LOW | SUICIDE WATCH COMPANION TEAM | 03-30-2020 | 01-01-2021 | P | C | P | 4 |
| CRW LOW | ACE MAIN: EX-OFFENDER JOB HUNT | 11-21-2019 | 01-15-2020 | P | C | P | 6 |
| HAF F | ACE: BASIC SPANISH 1 | 07-02-2019 | 08-14-2019 | P | C | P | 12 |
| HAF F | SFF JOB FAIR INFORMATION | 08-22-2019 | 08-22-2019 | P | C | P | 1 |
| HAF F | MS OFFICE 7:30-10:30 AM SFF | 05-01-2019 | 07-12-2019 | P | W | I | 33 |
| HAF F | ACE: WORLD RELIGIONS | 04-23-2019 | 05-30-2019 | P | C | P | 12 |
| HAF F | SFF CRIMINAL THINK:WED 9-1030A | 05-03-2019 | 06-28-2019 | P | C | P | 20 |
| HAF F | SFF BEGINNER MUSIC THEORY 8HRS | 08-17-2018 | 10-12-2018 | P | C | P | 8 |
| HAF F | ACE: ELECTRONIC LAW LIBRARY | 01-07-2019 | 03-20-2019 | P | C | P | 10 |
| HAF F | SFF QUILTING BASICS | 09-12-2018 | 12-06-2018 | P | C | P | 24 |
| HAF F | INTRO TO TOLE PAINTING 6 HRS | 08-22-2018 | 10-03-2018 | P | C | P | 6 |
| HAF F | WOMEN'S RELATIONSHIPS | 10-09-2018 | 11-07-2018 | P | C | P | 5 |
| HAF F | ASSERT YOURSELF | 07-17-2018 | 09-04-2018 | P | C | P | 8 |
| HAF F | ACE: AMAZING LADIES | 06-18-2018 | 08-01-2018 | P | C | P | 12 |
| HAF F | ACE:ENGL./WRITING WRKSHOP 6HRS | 07-17-2018 | 07-27-2018 | P | C | P | 6 |
| HAF F | ACE: TUTOR TRAINING | 06-19-2018 | 06-21-2018 | P | C | P | 5 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

ALDD6 531.01 * INMATE HISTORY * 02-16-2024
PAGE 001 OF 001 * WAITNG LST * 09:52:43

REG NO..: 33462-057 NAME....: HORNE, ANGIE RENEE
CATEGORY: WLS FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ALD | CALLIGRAPH | CALLIGRAPHY WL -RECREATION | 08-11-2023 0933 | CURRENT |
| ALD | KEY TRN W | CAREER AND WORK READINESS TEST | 07-22-2022 0946 | CURRENT |
| ALD | PAINTING | PAINTING WAIT LIST | 09-26-2023 1511 | CURRENT |
| ALD | SKETCHING | PORTRAIT SKETCHING | 09-26-2023 1425 | CURRENT |
| ALD | WATERCOLOR | WATERCOLOR CLASS - RECREATION | 09-26-2023 1538 | CURRENT |

G0000 TRANSACTION SUCCESSFULLY COMPLETED