FILED
APR 12 2024
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

United States of America
v.

ANGIE RENEE HORNE

Case No: 1:17CR288-2

USM No: 33462-057

Date of Original Judgment: February 21, 2018
Date of Previous Amended Judgment: November 5, 2020 (Direct Motion to District Court: 28 U.S.C. § 2255)
*(Use Date of Last Amended Judgment if Any)*

_______________
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 160 months*(160 months as to Count 1, which is divided as follows in light of the requirements of 18 U.S.C. § 3147, 128 months to be followed by 32 months consecutive; 160 months as to Count 4 to run concurrently with the sentence imposed as to Count 1), each count, concurrent, **is reduced to** 135 months. (135 months as to Count 1, which is 103 months followed by 32 months consecutive, 135 months as to Count 4 to run concurrently with the sentence imposed as to Count 1), each count, concurrent.

*Count One requires a consecutive sentence pursuant to 18 U.S.C. § 3147

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated February 21, 2018, and November 5, 2020, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4-12-2024

William L. Osteen, Jr.
*Judge's signature*

Effective Date: _______________
*(if different from order date)*

William L. Osteen, Jr., United States District Judge
*Printed name and title*